214 So.2d 718

**Albert ZALES**

**v.**

**STATE of Louisiana et al.**
**No. 49468.**

Oct. 25, 1968.

In re: Albert Zales applying for writs of certiorari or review and habeas corpus.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction in this case.

214 So.2d 718

**STATE of Louisiana**

**v.**

**George A. SQUARE and James Willie Millsaps.**
**No. 49530.**

Oct. 25, 1968.

In re: James Willie Millsaps applying for writs of certiorari, mandamus and prohibition.

The application is denied. The ruling complained of is correct.